IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BINH VO,

    Petitioner,

vs.

K. CHAPPELL, Warden,

    Respondent.

No. C 12-06497 YGR (PR)

**ORDER OF TRANSFER**

    Petitioner, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus. He has paid the $5.00 filing fee.

    Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. *Id.* § 2241(d). Where a case is filed in the wrong venue, the district court has the discretion to transfer it to the proper federal court "in the interest of justice." *See* 28 U.S.C. § 1406(a).

    Here, Petitioner challenges a conviction and sentence incurred in the Orange County Superior Court, which is in the venue of the Central District of California. *See* 28 U.S.C. § 84. Accordingly, that is the proper venue for this action.

    Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the Southern Division of the United States District Court for the Central District of California.

    All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

    IT IS SO ORDERED.

DATED: February 15, 2013

                                                   YVONNE GONZALEZ ROGERS
                                                 UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\HC.12\Vo6497.transfer.wpd

**United States District Court**
**For the Northern District of California**